UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN MANUEL SOSA HERNANDEZ, *individually and on behalf of all others similarly situated*,<br><br>                         *Plaintiff*,<br><br>– against –<br><br>FU LONG FOOD PRODUCT INC., *d/b/a, Fu Long Deli & Grocery*; ZHEN FU LU; and ZHAN ZHEN XU,<br><br>                         *Defendants*. | <u>ORDER</u><br>24-cv-08391 (NCM) (MMH) |

**NATASHA C. MERLE**, United States District Judge:

      This Court has received the Report and Recommendation ("R&R") dated August 26, 2025, from the Honorable Marcia M. Henry, United States Magistrate Judge. ECF No. 26. No objections have been filed.

      The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted in part and denied in part. Plaintiff is awarded $175,173.82 in damages: including (1) $54,535.47 for unpaid overtime wages; (2) $28,051.44 in unpaid spread of hours pay; (3) $82,586.91 in liquidated damages; and (4) $10,000 for wage notice and wage statement violations. Plaintiff is further awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

**SO ORDERED.**

                                                             */s/ Natasha C. Merle*
                                                            NATASHA C. MERLE
                                                            United States District Judge

Dated:       September 16, 2025
                Brooklyn, New York